Michael S. Agruss (SBN: 259567)
AGRUSS LAW FIRM, LLC
22 W. Washington Street, Suite 1500
Chicago, IL 60602
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
**Attorney for Plaintiff,**
**TRACY SPRUELL**

Sean P. Flynn, Esq. (SBN 220184)
sflynn@foleymansfield.com
FOLEY & MANSFIELD, PLLP
300 South Grand Avenue, Suite 2800
Los Angeles, CA 90071
Tel: 213-283-2100
Fax: 213-283-2101
**Attorney for Defendant,**
**CAC FINANCIAL CORPORATION**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| TRACY SPRUELL, | )<br>) |
| Plaintiff, | ) **Case No.: 2:13-cv-00112-LKK-DAD**<br>) |
| v. | ) **STIPULATION TO DISMISS**<br>) |
| CAC FINANCIAL CORPORATION, | )<br>) |
| Defendant. | )<br>) |

**STIPULATION TO DISMISS**

Plaintiff, TRACY SPRUELL ("Plaintiff"), and Defendant, CAC FINANCIAL CORPORATION ("Defendant"), through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismisses this case, with prejudice, both sides to bear their own fees and costs.

1

1

2  DATED:  May 17, 2013

3

4

5

6

7

8  DATED:  May 17, 2013

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                        RESPECTFULLY SUBMITTED,

                        AGRUSS LAW FIRM, LLC

By: /s/  Michael S. Agruss
    Michael S. Agruss
    Attorney for Plaintiff
    TRACY SPRUELL

                        RESPECTFULLY SUBMITTED,

                        FOLEY & MANSFIELD, PLLP

By: /s/ Sean P. Flynn
    Sean P. Flynn
    Attorney for Defendant
    CAC FINANCIAL CORPORATION

# PROOF OF SERVICE

I, Michael S. Agruss, state the following:

I am employed in Chicago, Illinois.  I am over the age of 18, and am not a party to this action.  My business address is 22 W. Washington Street, Suite 1500, Chicago, IL 60602.  On May 17, 2013, I served the following documents:

**STIPULATION TO DISMISS**

On the parties listed below:

Sean Patrick Flynn
FOLEY & MANSFIELD, PLLP
300 South Grand Avenue, Suite 2800
Los Angeles, CA 90071
Tel: 213-283-2100
Fax: 213-283-2101
sflynn@foleymansfield.com
**Attorney for Defendant,
CAC FINANCIAL CORPORATION**

By the following means of service:

[X]  **BY ELECTRONIC SERVICE:** the documents above were delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service.

[X]  **FEDERAL:** I declare under penalty of perjury under the laws of Illinois that the above is true and correct.

Executed on May 17, 2013, in Chicago, Illinois.

By:___/s/ Michael S. Agruss___
Michael S. Agruss